UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

**In re:**      Chapter 13

Debra Jean Morgan      Case No. 18-54575

     Debtor(s).    /      Judge: Thomas Tucker

**Affidavit of Debra Jean Morgan**

I, Debra Jean Morgan, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief:

1. My name is Debra Jean Morgan, and I reside at 12722 Santa Rosa Apt 2, Detroit, MI 48238.

2. I am over 18 years of age, of sound mind, and qualified and competent in all respects to make this affidavit.

3. I filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on October 26, 2018.

4. The State of Michigan filed a Proof of Claim and included unfiled taxes for the City of Detroit for 2015.

5. In 2015 I lived at 8067 Chatham, Redford, MI 48239.

6. I worked for Professional HR Solutions who is located in Harrison Township, Michigan.

7. I have provided the State of Michigan a copy of my 2015 W-2s that reflect these addresses.

8. I have no other documents at this time to show my residency in 2015.

9. I was not required to file taxes for the City of Detroit in 2015.

October 23, 2019_____      /s/ Debra Jean Morgan_____
Date      Debra Jean Morgan